IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | 1:11CR369-3 |
| | : | |
| DEMARCUS ANTONIO THOMAS | : | |

## MOTION BY THE UNITED STATES OF AMERICA FOR A DETENTION HEARING

NOW COMES the United States of America and respectfully moves for a detention hearing in the above-captioned case and in support thereof states to the Court the following:

The defendant in the above-captioned case is charged in a petition and warrant authorized by this Court, per United States District Judge William L. Osteen, Jr., with violating the conditions of supervised release imposed by this Court following conviction for drug conspiracy, in violation of Title 21, United States Code, Section 846. Pursuant to Fed. R. Crim. P. 32.1(a)(6) and 46(d) and 18 U.S.C. § 3143, there is a presumption of detention in cases of alleged supervised release violations.

In addition, the nature and circumstances of the instant alleged supervised release violation and the above-captioned defendant's criminal record indicate the existence of:

    ☒    a. a serious risk that the defendant will flee; or

☒     b. a serious risk that the defendant will endanger the safety of any other person or the community; or

☐     c. a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

☐     d. Other matters: _____

_____.

WHEREFORE, the United States respectfully requests that the Court hold a detention hearing in the above-captioned case and that it continue the detention hearing for a reasonable period of time from the date of the defendant's first appearance before a judicial officer to allow the United States to prepare.

This, the 22nd day of March, 2023.

                                   SANDRA J. HAIRSTON
                                   United States Attorney

                                   /s/ RANDALL S. GALYON
                                   First Assistant United States Attorney
                                   NC Bar No. 23119
                                   101 South Edgeworth Street
                                   Fourth Floor
                                   Greensboro, North Carolina 27401
                                   Telephone: (336) 333-5351
                                   Fax: (336) 333-5381